UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:17- CR- 00245-1 FL(3)

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION TO FILE MANUALLY |
| TERESA TOGBE, ) | |
| Defendant. ) | |

UPON THE MOTION of the Defendant, it is ORDERED that the above Motion to file manually is granted. Once counsel has completed CM/ECF training and received CM/ECF log in credentials, all filings must be made electronically.

This the 1st day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge