UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:17- CR- 00245-1 FL(3)

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| TERESA TOGBE, | ) | |
| Defendant. | ) | |

UPON THE MOTION of the Defendant, it is ORDERED that the above motion to seal is granted, and <u>EXHIBIT A</u> be placed under seal according to the Federal Rules of Criminal procedure.

This the <u>8th</u> day of <u>August</u>, 2018.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE PRESIDING